IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

    Defendant.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant asset described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

    a. Approximately 1,049.998259624872677 Ether;

    DATED this ___ day of _____, 2021.

                                          JEFFREY P. COLWELL
                                          Clerk of the U.S. District Court

                              By: _____
                                    Deputy Clerk