IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

        Defendant.

---

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***

---

THIS MATTER comes before the Court on the United States' *Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant asset, that there is probable cause to believe the defendant asset is subject to forfeiture, and that a Warrant for Arrest of the following defendant asset should enter:

    a.    Approximately 1,049.998259624872677 Ether;

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant asset as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons

claiming or asserting an interest in the defendant asset must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Tonya S. Andrews<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Suite 1600<br>Denver, Colorado 80202 |

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:


_____
United States District Court
Judge/Magistrate Judge