IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02270-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

       Defendant.

_____

## WARRANT FOR ARREST OF PROPERTY *IN REM*
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY
AUTHORIZED LAW ENFORCEMENT OFFICER:

      PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this

Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as

practicable, the following defendant asset described in the *Verified Complaint for*

*Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to

protect and maintain it in your custody until further order of this Court:

     a.  Approximately 1,049.998259624872677 Ether;

    DATED this __31__ day of ____August____, 2021.



               JEFFREY P. COLWELL
               Clerk of the U.S. District Court

           By:  __s/C. Madrid_____
               Deputy Clerk