IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02270-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

       Defendant.
_____

**NOTICE OF PUBLICATION**
_____

       I hereby certify that pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the attached *Notice of Forfeiture Action* was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 25, 2021, as evidenced by the attached *Advertisement Certification Report*.

       DATED this 27th day of October 2021.

                                                 MATTHEW T. KIRSCH
                                                 Acting United States Attorney

                             By:  <u>*s/Tonya S. Andrews*</u>
                                    Tonya S. Andrews
                                    Assistant U.S. Attorney
                                    U.S. Attorney's Office
                                    1801 California Street, Ste. 1600
                                    Denver, Colorado 80202
                                    Telephone: (303) 454-0100
                                    E-mail: tonya.andrews@usdoj.gov
                                    *Attorney for the United States*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of October 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

    s/ *Jasmine Zachariah*
    FSA Federal Data Analyst
    U.S. Attorney's Office