IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02270-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

        Defendant.

## UNITED STATES' MOTION FOR CLERK'S ENTRY OF DEFAULT

COMES NOW the United States of America (the "United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed. R. Civ. P. 55(a), moves for an entry of default for the following defendant asset:

    a.  Approximately 1,049.998259624872677 Ether;

In support of this Motion, the United States states:

    1.      On August 20, 2021, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Verified Complaint for Forfeiture In Rem* seeking forfeiture of the defendant asset.  All of the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture.  (Doc. 1).

1

2. On September 10, 2021, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Complaint for Forfeiture* and served direct notice of this action with a copy of the Verified Complaint to all known interested parties via regular and certified mail. (Doc. 6).

3. On October 27, 2021, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Publication* stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 25, 2021. (Doc. 7).

4. To date, no claim, answer, or other responsive pleading has been filed as to the defendant asset and the time for which to do so, has expired as of October 27, 2021.

WHEREFORE, the United States respectfully requests that the Clerk of the Court enter default for the following defendant asset:

 a. Approximately 1,049.998259624872677 Ether

I, Assistant United States Attorney Tonya S. Andrews verify under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of November, 2021.

       Respectfully submitted,

       MATTHEW T. KIRSCH
       Acting United States Attorney

       By: s/*Tonya S. Andrews*

        Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail:  tonya.andrews@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, and mailed same via FedEx on November 3, 2021, to:

HVP LIMITED d/b/a/ Swaplab
Global Gateway 8, Rue de la Perle,
Providence, Mahe, Seychelles

        s/ *Jasmine Zachariah*
FSA Federal Data Analyst
Office of the U.S. Attorney