IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02270-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

      Defendant.

## ENTRY OF DEFAULT

THIS MATTER is before the Clerk's Office on *United States' Motion for Clerk's Entry of Default*.  Upon examination of our records, we find that:

(a)   The United States filed its *Verified Complaint for Forfeiture In Rem* on August 20, 2021, commencing this civil forfeiture action.  (Doc. 1).

(b)   Service to all known interested parties was made, via FedEx, as evidenced by the Plaintiff's Certificate of Service filed with the Court on September 10, 2021.  (Doc. 6).

(c)   Service was made by publication on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning August 25, 2021, as evidenced by the United States Notice of Publication filed on October 27, 2021.  (Doc. 7);

(d) To date, no claim, answer, or other responsive pleading has been filed as to the defendant asset and the time for which to do so, has expired.

Therefore, DEFAULT as to the defendant asset, Approximately 1,049.998259624872677 Ether, is herewith entered.

DATED at Denver, Colorado this _____ day of _____, 2021.

                                                JEFFREY P. COLWELL
                                              Clerk of the U.S. District Court

By: _____
     Deputy Clerk

Case No. 1:21-cv-02270-MEH   Document 8-1   filed 11/01/21   USDC Colorado   pg 2 of 2