IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02270-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

        Defendant.

_____

### UNITED STATES' MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE
_____

COMES NOW the United States of America (the "United States"), by Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed. R. Civ. P. 55 and 18 U.S.C. § 981(a)(1)(C) and moves for default and final order of forfeiture of defendant asset in favor of the United States.

In support of this Motion, the United States sets forth the following:

1. On August 20, 2021, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset forfeiture Actions, the United States filed its *Verified Complaint for Forfeiture In Rem* seeking forfeiture of defendant asset. (Doc. 1). All of the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture.

2. On October 27, 2021, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a

1

*Notice of Publication* stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 25, 2021.   (Doc. 7).

3. After providing notice, no claim, answer, or other responsive pleading has been filed as to the defendant asset and the time for which to do so expired on October 27, 2021.

4. On November 1, 2021, an *Entry of Default* was entered by the Clerk of the Court.   (Doc. 8).

5. Upon entry of the Final Order of Forfeiture, the United States requests that the Clerk of Court be directed to enter Judgment as to the defendant asset in favor of the United States.

WHEREFORE, the United States prays for default and final order of forfeiture of defendant Approximately 1,049.998259624872677 Ether in favor of the United States, for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and for the court to direct the Clerk of Court to enter Judgment as to defendant Approximately 1,049.998259624872677 Ether for the reasons set forth above.

DATED this 3rd day of November 2021.

Respectfully submitted,

Matthew T. Kirsch
Acting United States Attorney

s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600

        Denver, Colorado 80202  
        Telephone: 303-454-0100  
        Email: tonya.andrews@usdoj.gov

**CERTIFICATE OF MAILING**

I hereby certify that on this 3rd day of November 2021, a true copy of the foregoing was mailed via Fedex to:

HVP LIMITED d/b/a/ Swaplab  
Global Gateway 8, Rue de la Perle,  
Providence, Mahe, Seychelles

        s/ *Jasmine Zachariah*  
        FSA Federal Data Analyst  
        Office of the U.S. Attorney