IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02270-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

        Defendant.

### DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the *United States' Motion for Default and Final Order of Forfeiture*, the Court having reviewed said Motion FINDS that:

1. The United States commenced this civil forfeiture action, pursuant to 18 U.S.C. § 981(a)(1)(C). (Doc. 1);

2. The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the defendant asset;

3. All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 6 & X));

4. No claim, answer, or other responsive pleadings has been filed as to the defendant assets as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

1

5. *Entry of Default* was entered by the Clerk of the Court. (Doc. 8).

IT IS THEREFORE ORDERED that a default and final order of forfeiture, including all right, title, and interest is entered for the following defendant asset:

a. Approximately 1,049.998259624872677 Ether

IT IS FURTHER ORDERED that the United States shall have full and legal title as to the defendant asset and may dispose of said asset in accordance with law, and that the Clerk of the Court is directed to enter Judgment as to the defendant assets.

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
Michael E. Hegarty
United States Magistrate Judge