IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02270-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

      Defendant.

_____

## DEFAULT JUDGMENT

_____

Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the *Default and Final Order of Forfeiture* entered by the Honorable Judge Michael E. Hegarty, the following JUDGMENT is hereby entered:

1.      Default is hereby entered in favor of the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), including all right, title, and interest, for the following defendant asset:

      a.      Approximately 1,049.998259624872677 Ether;

2.      The United States shall have full and legal title as to the defendant asset and may dispose of said asset in accordance with law;

3.      The *Default and Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to the defendant asset under 28 U.S.C. § 2465.

DATED at Denver, Colorado this ___ day of _____, 2021.

JEFFREY P. COLWELL

1

2

Clerk of the U.S. District Court


By: _____
    Deputy Clerk