IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02270-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

    Defendant.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture. ECF 10. Noting that no response in opposition was filed by any potential claimant despite a copy of the Motion being sent to HVP Ltd., d/b/a Swaplab, an exchange service entity related to the defendant asset, the Court finds that:

    1.    The United States commenced this civil forfeiture action pursuant to 18 U.S.C. § 981(a)(1)(C), ECF 1;

    2.    The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for entry of final judgment and order of forfeiture as to the defendant asset;

    3.    All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, ECF 6 & 7;

4. No claim, answer, or other responsive pleadings has been filed as to the defendant assets as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

5. Entry of Default was entered by the Clerk of the Court, ECF 8; and

6. A potential claimant lacks statutory standing to assert a claim to an asset subject of a civil forfeiture proceeding if he does not file a claim and an answer in a timely manner and under the proper procedures of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Actions. *U.S. v. $25,790*, No. AW-09-3282, 2010 WL 2671754, at *2 (W.D.N.Y. July 2, 2010) (citing case law). "Thus, if a claimant has failed to file a qualifying claim within the time limits allowed by law, the district court should . . . enter a default judgment for the government." *Id*. (citing case law).

IT IS THEREFORE ORDERED that the Motion for Default and Final Order of Forfeiture [filed November 3, 2021; ECF 10] is **granted**. A default and final order of forfeiture, including all right, title, and interest is entered for the following defendant asset: approximately 1,049.998259624872677 Ether that is being held pursuant to a Warrant for Arrest of Property *In Rem* (ECF 5),

IT IS FURTHER ORDERED that the United States shall have full and legal title as to the defendant asset and may dispose of said asset in accordance with law,

IT IS LASTLY ORDERED that the Clerk of Court shall enter Judgment as to the defendant asset.

SO ORDERED this 30th day of November, 2021.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge