IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02270-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 1,049.998259624872677 ETHER;

        Defendant.

_____

## DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55(b) and the *Default and Final Order of Forfeiture* entered by U.S. Magistrate Judge Michael E. Hegarty, the following JUDGMENT is hereby entered:

    1.    Default is hereby entered in favor of the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), including all right, title, and interest, for the following defendant asset (approximately 1,049.998259624872677 Ether) that is subject to the Warrant for Arrest of Property *In Rem* (ECF 5);

    2.    The United States shall have full and legal title as to the defendant asset and may dispose of said asset in accordance with law;

    3.    The *Default and Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to the defendant asset under 28 U.S.C. § 2465.

2

DATED at Denver, Colorado this **30th** day of _____November_____, 2021.

                                      JEFFREY P. COLWELL
                                      Clerk of the U.S. District Court

                               By: __**s/ C. Thompson**_____
                                     Deputy Clerk